Philip Kent Cohen, Esq. (SBN159551)
PHILIP KENT COHEN, APC.
100 Wilshire Blvd., Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 451-9111
Facsimile: (310) 451-9119
pcohen@pcohenlaw.com

Jason L. Liang, Esq. (SBN 251235)
LIANG LY LLP
515 South Flower Street
36th Floor
Los Angeles, California 90071
Telephone: (213) 262-8000
Facsimile: (213) 335-7776
E-mail: jliang@lianglyllp.com

Attorneys for Defendant Bruce Sands, Jr.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> BRUCE SANDS, </br></br> Defendant. | CASE NO.: 13-CR-489-GW </br></br> **EX PARTE APPLICATION FOR EXTENSION OF TIME TO SURRENDER; EXHIBIT; PROPOSED ORDER** |

Bruce Sands, by and through his counsel, hereby submits the instant ex parte Application to request a second extension to time to surrender.

The instant request is supported by the following good cause:

On July 29, 2016, Defendant Sands was sentenced to the custody of the Bureau of Prisons for a period of 135 months.  Sands was given a self-surrender date of September 28, 2016, and was placed on electronic monitoring and continued Pre-Trial supervision during the pendency of his post-sentence release.

Just days prior to the September 28, 2016 surrender date, Sands filed an *ex parte* application to continue the date of his surrender by approximately 45 days, from September 28, 2016 to November 14, 2016.  Sands, who has been the primary if not sole caretaker of his 10 year-old son Aiden since he was a toddler, requested the additional time on the advice of Aiden's therapist who is attempting to make as smooth a transition as possible for Aiden from the care of Mr. Sands to his birth mother.

As the Application had not been ruled upon prior to September 28, Sands, as ordered, surrendered himself to the custody of the United States Marshalls the morning of September 28 and was taken into custody.   The Application was subsequently granted on the afternoon of September 28 and Sands was released.

Since his release Sands has remained on electronic monitoring and in compliance with all terms of his post-sentence supervision through Pre-Trial Services.

Sands now seeks a second extension of his surrender date based upon the same reason as the first, namely, at the bequest of Aiden's therapist, Dr. Julie Goalwin.  Dr. Goalwin has requested a period of approximately 90 days, from November 14, 2016 until January 31, 2017, and believes same is necessary in order to continue to assist Aiden with the loss of his father and with the transition into a new home, a new school, a new environment and a new community.  The

1  basis for Dr. Goalwin's request for additional time is set forth in her letter,
2  submitted herewith as Exhibit "A."
3    Though Sands' request for a second surrender is lengthy, given Sands'
4  prior act of surrender to the United States Marshalls, and his past and current
5  compliance with all conditions of his pre-trial and post-sentence release, it
6  certainly appears that Sands poses little risk of flight or danger during any
7  extension of his surrender date.
8    On November 9, 2016, defense counsel communicated Sands' request to
9  the government, and was informed that the government opposes the instant
10 request.

12 Dated: November 9, 2016                Respectfully submitted,
                                          PHILIP KENT COHEN, APC.
13                                        LIANG LY LLP

14                                         /s/ Jason Liang
                                          _____
15                                        Phillip Cohen, Esq.
                                          Jason L. Liang, Esq.
16                                        Attorneys for
                                          Defendant Bruce Sands