# EXHIBIT A

Case 2:13-cr-00489-GW   Document 96-1   Filed 11/09/16   Page 1 of 2   Page ID #:903

# Julie Goalwin Ph.D.

A Psychological Corporation

115. Pine Ave #640 Long Beach, Ca 90802

Phone:(562)364-8587 Fax:(562)364-8588

jocelygoalwin13@gmail.com

To Whom It May Concern,

I, Dr.Julie Goalwin Ph.D am writing this recommendation to the court re; Bruce Sands, Father and Aiden Sands his son transitioning to his Biological Mother, Darlan Martinez. Mr.Sands has a surrender date of November 14th, 2016. However, I recommend further extention. Since my last recommendation is that during several sessions the family has attended therapy, I have come to know that Aiden will not only have new living conditions, but will be transitioning into a new school and community prematurely that he, Aiden was not aware from an environment he has known since birth disconnecting him from friends and the educational system he has been in. I have diagnosed Aiden with the following disorders I believe has been brought on since he has knowledge of his Father leaving: Oppositional Defiant Disorder, ADHD, as well as ADD. This is a very difficult transition for a child without the support of his Father since Aiden has lived with with his Father for the past 6 yearsw. For Aiden's sake, he should be afforded the time for both parents to assist him with the transition. Not only from house to house, but as well from school to school. Aiden will need additional time with his Father to get started with transitioning him to his new school. I am requesting that Aiden be allowed to transition with both parents into his new home and new school, seamlessly as possible through January 31, 2016 as he continues therapy. If you should have any further questions, please feel free to call me at your earliest convenience.

Sincerely,

_____

Julie Goalwin Ph.D.

1