Philip Kent Cohen, Esq. (SBN 159551)
PHILIP KENT COHEN, APC.
100 Wilshire Blvd., Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 451-9111
Facsimile: (310) 451-9119
pcohen@pcohenlaw.com

Jason L. Liang, Esq. (SBN 251235)
LIANG LY LLP
515 South Flower Street
36th Floor
Los Angeles, California 90071
Telephone: (213) 262-8000
Facsimile: (213) 335-7776
E-mail: jliang@lianglyllp.com

Attorneys for Defendant Bruce Sands, Jr.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>BRUCE SANDS,<br><br>          Defendant. | CASE NO.: CR 13-489-GW<br><br>**ORDER RE: EX PARTE APPLICATION FOR EXTENSION OF TIME TO SURRENDER** |

-1-

*Proposed Order Re: Surrender*

-2-

UPON GOOD CAUSE having been shown:

It is hereby Ordered that the date of surrender for Defendant Bruce Sands be continued from November 14, 2016, until December 1, 2016 at noon.

All current conditions of post-sentence release shall remain in full force and effect. THERE WILL BE NO FURTHER EXTENSIONS.

SO ORDERED:

Dated: November 10, 2016     _____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE